**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SEDINA YOUNG,                                     :
    Plaintiff,                                :        CIVIL ACTION
                                              :        No. 24-4619-JMY
                                              :
    v.                                        :
                                              :
SOUTHEASTERN PENNSYLVANIA                          :
TRANSPORTATION AUTHORITY                           :
and JAMES FRAZIER *individually,*                 :
    Defendant.                                :

**ORDER**

**AND NOW,** this 16th day of July 2026, upon consideration of Defendants' Motion for

Summary Judgment (ECF No. 16), and Plaintiff's Response in Opposition thereto (ECF No. 17),

and all supporting documents, it is hereby **ORDERED** that, and as explained further in an

accompanying memorandum:

    1.  Summary Judgement is **GRANTED** in favor of Defendants on Count II,

    2.  Summary Judgement is **GRANTED** in favor of Defendants on Count V,

    3.  Summary Judgement is **GRANTED** in favor of Defendants on Count VII.

    4.  The Clerk of Court is **DIRECTED** to close this matter.

**IT IS SO ORDERED.**

BY THE COURT:

    /s/ *John Milton Younge*
**JOHN MILTON YOUNGE, J**